**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

| | |
|---|---|
| ANDREW HAYES<br><br>Plaintiff,<br><br>vs.<br><br>ST. MATTHEWS<br>POLICE<br>DEPARTMENT., and<br>MICHAEL SMALLS,<br>JR., individually,<br><br>Defendants. | Case No.:   5:15-4486-JMC<br><br>**PLAINTIFF'S RULE 26.01**<br>**RESPONSES** |

A.     State the full name, address, and telephone number of all persons or legal entities who may have a

subrogation interest in each claim and state the basis and extent of said interest.

RESPONSE:  None.

B.     As to each claim, state whether it should be tried jury or non-jury and why.

RESPONSE:     Plaintiff has demanded a jury trial on all claims.

C.     State whether the party submitting these responses is a publicly owned company and separately

identify.  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2)

each publicly owned company which owns ten percent or more of the outstanding shares or other

indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten

percent or more of the outstanding shares.

RESPONSE:  The plaintiff is an individual.

D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any

challenge to the appropriateness of the division).

RESPONSE:   The plaintiff worked for the defendant in Calhoun County, South Carolina, made his

FLSA inquiries in Calhoun County, and he was subjected to reprisal and termination at that location.

E.       Is this action related in whole or in part to any other matter filed in this District, whether civil or

criminal?  If so, provide : (1) a short caption and the full case number of the related action; (2) an

explanation of how the matters are related; and (3) a statement of the status of the related action.

Counsel should disclose any cases which may be related regardless of whether they are still pending.

Whether cases are related such that they should be assigned to a single judge will be determined by

the Clerk of Court based on a determination of whether the cases: arise from the same or identical

transactions, happenings, or events; involve the identical parties or property; or for any other reason

would entail substantial duplication of labor if heard by different judges.

RESPONSE:  No.

                                        GIBBS & HOLMES

                                        S/Allan R. Holmes
                                        Allan R. Holmes, Federal I.D. #1925
                                        Timothy O. Lewis, Federal I.D. #9864
                                        Suite 110, 171 Church Street
                                        Charleston, South Carolina 20401
                                        Phone: (843) 722-0033
                                        Facsimile:  (843) 722-0114


November 5, 2015                        ATTORNEYS FOR THE PLAINTIFF

2