IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Andrew Hayes, | ) |
|              Plaintiff, | ) C.A. No. 5:15-cv-4486-JMC |
| v. | ) **CONSENT MOTION TO AMEND ANSWER** |
| St. Matthews Police Department and Michael Smalls, Jr., individually, | ) |
|              Defendants. | ) |

Defendants move the Court for an Order permitting amendment of the answer filed in this matter on November 30, 2015. The reason for the motion is to allow assertion of the partial exemption to overtime in the Fair Labor Standards Act, which is found at 29 U.S.C. § 207(k) and the regulations issued thereunder. Plaintiff consents to the motion, as indicated below, and the motion is within the time provided for in the Scheduling Order. A proposed Order is submitted for the Court's consideration.

| **We so move:** | **We consent:** |
|---|---|
| s/Christopher W. Johnson | s/Timothy O. Lewis |
| DERWOOD L. AYDLETTE (FID 5036) | ALLAN R. HOLMES (FID 1925) |
| CHRISTOPHER W. JOHNSON (FID 7581) | TIMOTHY O. LEWIS (FID 9864) |
| GIGNILLIAT, SAVITZ & BETTIS, L.L.P. | GIBBS & HOLMES |
| 900 Elmwood Ave., Suite 100 | 171 Church St., Suite 110 |
| Columbia, SC  29201 | Charleston, SC  29401 |
| Tel.: (803) 799-9311 | Tel.: (843) 722-0033 |
| Fax: (803) 254-6951 | Fax: (843) 722-0114 |
| daydlette@gsblaw.net | aholmes@gibbs-holmes.com |
| cjohnson@gsblaw.net | timolewis@gibbs-holmes.com |
| | |
| ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR PLAINTIFF |
| | |
| Dated: December 28, 2015 | Dated: December 28, 2015 |