IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Andrew Hayes, | ) |
|              Plaintiff, | ) C.A. No. 5:15-cv-4486-JMC |
|       v. | ) **ORDER** |
| St. Matthews Police Department and Michael Smalls, Jr., individually, | ) |
|              Defendants. | ) |

This matter is before the Court on Defendants' motion to amend the Answer in the above matter to assert the defense found at 29 U.S.C. § 207(k). The motion is made before the deadline set in the Scheduling Order for amending the pleadings, and Plaintiff's counsel consents to the motion. The motion is **GRANTED**, and Defendants are directed to file their Amended Answer within ten (10) days of this Order.

                                                                                 J. Michelle Childs,
                                                                                 United States District Judge

Columbia, South Carolina

_____, 2015