IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Andrew Hayes, ) | |
| ) | C.A. No. 5:15-cv-4486-JMC |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| St. Matthews Police Department and ) | |
| Michael Smalls, Jr., individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Defendants' motion to amend the Answer in the above matter to assert the defense found at 29 U.S.C. § 207(k). The motion is made before the deadline set in the Scheduling Order for amending the pleadings, and Plaintiff's counsel consents to the motion. The motion is **GRANTED**, and Defendants are directed to file their Amended Answer within ten (10) days of this Order.

s/J. Michelle Childs
J. Michelle Childs,
United States District Judge

Columbia, South Carolina

December 29, 2015