IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Andrew Hayes,                           )<br>                                                 )<br>           Plaintiff,                   )<br>                                                 )<br>     v.                                          )<br>                                                 )<br>St. Matthews Police Department and  )<br>Michael Smalls, Jr., individually,      )<br>                                                 )<br>           Defendants.                  )<br>                                                 ) | C.A. No. 5:15-cv-4486-JMC<br><br>**JOINT 26(f) REPORT<br>OF THE PARTIES** |

The parties, having consulted pursuant to Rule 26(f), Fed.R.Civ.P., hereby report as follows (check one below):

\_\_\_XX\_\_\_    We agree that the schedule set forth in the Conference and Scheduling Order filed **November 30, 2015,** is appropriate for this case.  The parties' proposed discovery plan as required by Fed.R.Civ.P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

_____    We agree that the schedule set forth in the Conference and Scheduling Order filed _____ requires modification as set forth in the attached proposed Consent Amended Scheduling Order (use format of the Court's standard consent amended scheduling order found on our website at www.scd.uscourts.gov).  The parties' proposed discovery plan as required by Fed.R.Civ.P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached.

_____    We are unable, after consultation, to agree on a schedule for this case.  We, therefore, request a scheduling conference with the Court.  The parties' proposed discovery plan as required by 26(f) Fed.R.Civ.P., with disagreements noted, is attached.  The information required by Local Civil Rule 26.03 is also attached.

| | |
|---|---|
| s/Timothy O. Lewis                       | s/Christopher W. Johnson |
| ALLAN R. HOLMES (FID 1925)       | DERWOOD L. AYDLETTE (FID 5036) |
| TIMOTHY O. LEWIS (FID 9864)     | CHRISTOPHER W. JOHNSON (FID 7581) |
| GIBBS & HOLMES                           | GIGNILLIAT, SAVITZ & BETTIS, L.L.P. |
| 171 Church St., Suite 110                | 900 Elmwood Ave., Suite 100 |
| Charleston, SC 29401                     | Columbia, SC  29201 |
| Tel.: (843) 722-0033                      | Tel.: (803) 799-9311 |
| Fax: (843) 722-0114                      | Fax: (803) 254-6951 |
| aholmes@gibbs-holmes.com          | daydlette@gsblaw.net |
| timolewis@gibbs-holmes.com       | cjohnson@gsblaw.net |
| | |
| ATTORNEYS FOR PLAINTIFF          | ATTORNEYS FOR DEFENDANTS |