IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Andrew Hayes, | ) | |
| | ) | C.A. No. 5:15-cv-4486-JMC |
| Plaintiff, | ) | |
| | ) | **CONSENT MOTION TO AMEND** |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| St. Matthews Police Department and | ) | |
| Michael Smalls, Jr., individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants move, with consent of the Plaintiff, for an Order enlarging the time for discovery by 60 days and to adjust the remaining deadlines accordingly, and to set the deadline for affidavits of records custodians to be coterminous with discovery. In support of the motion, Defendants offer that the parties have engaged in written discovery, that Defendants have requested and received responses to written discovery from Plaintiff, and that Defendants are currently in the process of responding to Plaintiff's written discovery. The parties plan to take depositions and conduct follow up discovery after written discovery is completed, which the parties expect to occur by the end of April. Currently, the parties anticipate that Defendants will depose Plaintiff, and that Plaintiff will depose Chief Smalls and one or more Town employees. A proposed Consent Amended Scheduling Order is being submitted to chambers for the Court's consideration.

**(Signature Block Next Page)**

**We so move and consent:**

s/Timothy O. Lewis
ALLAN R. HOLMES (FID 1925)
TIMOTHY O. LEWIS (FID 9864)
GIBBS & HOLMES
171 Church St., Suite 110
Charleston, SC 29401
Tel.: (843) 722-0033
Fax: (843) 722-0114
aholmes@gibbs-holmes.com
timolewis@gibbs-holmes.com

ATTORNEYS FOR PLAINTIFF

s/Christopher W. Johnson
DERWOOD L. AYDLETTE (FID 5036)
CHRISTOPHER W. JOHNSON (FID 7581)
GIGNILLIAT, SAVITZ & BETTIS, L.L.P.
900 Elmwood Ave., Suite 100
Columbia, SC  29201
Tel.: (803) 799-9311
Fax: (803) 254-6951
daydlette@gsblaw.net
cjohnson@gsblaw.net

ATTORNEYS FOR DEFENDANTS