IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Andrew Hayes, ) | |
| ) | C.A. No. 5:15-cv-4486-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF REQUEST FOR** |
| ) | **PROTECTION FROM** |
| St. Matthews Police Department and ) | **COURT APPEARANCE** |
| Michael Smalls, Jr., individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Due to previously scheduled vacation plans and a church retreat, the undersigned counsel for Defendant respectfully requests protection from Court appearances for the following dates: July 10, 2016 through July 17, 2016; September 8, 2016 through September 12, 2016; and December 2, 2016 through December 5, 2016.

Columbia, South Carolina

April 14, 2016

s/ Christopher W. Johnson            .
DERWOOD L. AYDLETTE (FID 5036)
CHRISTOPHER W. JOHNSON (FID 7581)
GIGNILLIAT, SAVITZ & BETTIS, L.L.P.
900 Elmwood Ave., Suite 100
Columbia, SC  29201
Tel.: (803) 799-9311
Fax: (803) 254-6951
daydlette@gsblaw.net
cjohnson@gsblaw.net

ATTORNEYS FOR DEFENDANTS