IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Andrew Hayes, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>St. Matthews Police Department and )<br>Michael Smalls, Jr., individually, )<br>)<br>Defendants. )<br>) | C.A. No. 5:15-cv-4486-JMC<br><br>**CONSENT MOTION TO ENLARGE**<br>**TIME TO CONDUCT MEDIATION** |

The parties to the above captioned matter move the Court for an Order extending the deadline to conduct mediation from May 25, 2016 (ECF 10) by 90 days to August 23, 2016. As grounds for the motion, the parties submit that they previously sought and received an extension of the scheduling order in this matter but neglected to alter the mediation deadline because it was contained in a separate order. The parties further submit that the extension of the deadline will allow them time to conduct discovery and explore resolution prior to mediation.

**We so move and consent:**

| | |
|---|---|
| s/Timothy O. Lewis | s/Christopher W. Johnson |
| ALLAN R. HOLMES (FID 1925) | DERWOOD L. AYDLETTE (FID 5036) |
| TIMOTHY O. LEWIS (FID 9864) | CHRISTOPHER W. JOHNSON (FID 7581) |
| GIBBS & HOLMES | GIGNILLIAT, SAVITZ & BETTIS, L.L.P. |
| 171 Church St., Suite 110 | 900 Elmwood Ave., Suite 100 |
| Charleston, SC 29401 | Columbia, SC  29201 |
| Tel.: (843) 722-0033 | Tel.: (803) 799-9311 |
| Fax: (843) 722-0114 | Fax: (803) 254-6951 |
| aholmes@gibbs-holmes.com | daydlette@gsblaw.net |
| timolewis@gibbs-holmes.com | cjohnson@gsblaw.net |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| | |
| Dated: May 16, 2016 | Dated: May 16, 2016 |